(10 Misc. Rep. 29.)

SWEENEY v. WHITE.

(Superior Court of New York City, Special Term. October, 1894.)

COSTS—LEAVE TO SUE AS POOR PERSON—LACHES.
    Leave to sue as a poor person will not be granted where the motion was not made until three years after issue was joined, and no excuse was given for the delay.

Action by Patrick Sweeney against James White. Plaintiff moves for leave to sue as a poor person. Denied.

Thomas Nolan, for the motion.
Christopher Fine, opposed.

GILDERSLEEVE, J. The plaintiff makes an application for leave to sue as a poor person. It appears from the plaintiff's own papers on this motion that more than three years have passed since

issue was joined in the action. Nor does plaintiff offer any excuse-or explanation for such gross laches. The suit was actually begun, over three years ago, and this application is evidently an after-thought. I am of opinion it should not be granted. Glasberg v. Railroad Co., 12 Civ. Proc. R. 50. An application of this nature should be made upon or soon after the commencement of the action.. Ostrander v. Harper, 14 How. Pr. 16. The motion must be denied,. but without costs. Motion denied, without costs.